FILED by \_\_\_DG\_\_\_ D.C.

Jul 7, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20302-CR-MOORE/LOUIS

18 U.S.C. § 912
21 U.S.C. § 844(a)

UNITED STATES OF AMERICA

vs.

NICHOLAS MORENA,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

**False Impersonation of an Officer of the United States**
**(18 U.S.C. § 912)**

On or about March 5, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NICHOLAS MORENA,**

did knowingly and falsely assume and pretend to be an officer an employee acting under the authority of the United States and a department, agency, and officer thereof, that is, an officer of the Department of Homeland Security, and acted as such, in that the defendant held himself out to be a federal officer with the United States Coast Guard to "R.C.," in violation of title 18, United States Code, Section 912.

## COUNT 2

### Simple Possession
### (21 U.S.C. § 844(a))

On or about March 5, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NICHOLAS MORENA,**

did knowingly and intentionally possess a controlled substance, in violation of Title 21, United States Code, Section 844(a).

It is further alleged that this violation involved Ketamine, a Schedule III controlled substance.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
DANIEL CAHILL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

NICHOLAS MORENA,

_____/
Defendant.

CASE NO.: _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☐ WPB

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect: _____

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) **No**
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
Daniel Cahill
Special Assistant United States Attorney
Court ID No.    A5502753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: NICHOLAS MORENA

**Case No**: _____

Count #: 1

False Impersonation of an Officer of the United States

Title 18, United States Code, Section 912
* **Max. Term of Imprisonment: 3 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $250,000**

Count #: 2

Simple Possession

Title 21, United States Code, Section 844(a)
* **Max. Term of Imprisonment: 1 year**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $100,000, but not less than $1,000**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**